IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 7 – 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-02663-BNB

DEAN CARBAJAL,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER (BOARD OF COUNTY COMMISSIONERS),
BILL RITTER,
7TH JUDICAL [sic] DISTRICT,
EDWARD D. CLAYTON,
CITY AND COUNTY OF DELTA (BOARD OF COUNTY COMMISSIONERS),
DELTA SHERIFF DEPARTMENT,
DEPUTY HATCH,
B. WOLFE,
B. SHROEDER,
CPT. BILL RAILEY,
SGT. CHRIS WELDON,
DELTA COUNTY PROBATION,
JOE QUINTANA,
CARROL WARNER,
DAVID ROMERO,
GUNNISON COUNTY (BOARD OF COUNTY COMMISSIONERS),
STEVEN PATRICK,
CHARLES GREENACRE,
SANDRA K. MILLER,
MYRL SERRA,
SHERRI PRICE,
MONTROSE COUNTY (BOARD OF COUTNY [sic] COMMISSIONERS),
JAMES SCHUM,
MANDY ALLEN,
DELTA POLICE DEPARTMENT,
TWO UNKNOW [sic] DELTA POLICE OFFICERS,
DANIEL ROSENBERG,
MITCHELL R. MORRISSEY,
DENVER POLICE DEPARTMENT,
TEN UNKOWN [sic] DENVER POLICE OFFICERS,
GILBERTO LUCIO,
RICHARD T. BOEHNLEIN,
RANJAN R. FORD,
ROBERT A. SALAZAR,

CITY OF ARVADA,
JANE TIDBALL,
SCOTT STOREY,
BRIAN DOMINGUEZ,
THEA REIFF,
SARA GARRIDO,
JEFFERSON COUNTY (BOARD OF COUNTY COMMISSIONERS),
TWO UNKNOWN ARVADA POLICE OFFICERS,
ARVADA POLICE DEPARTMENT,
JOURDAN LOPEZ-BASGALL,
A. J. DEADREA,
PATRICK MEESTER,
BETH VALERIO,
ADAMS COUNTY PROBATION,
THOMAS FARREL,
LEONARD MARTINEZ,
JEFF HERRON,
TWO UNKNOW [sic] OFFICALS [sic] FOR THE DEPARTMENT OF CORRECTIONS,
EDDIE GRININGER, and
UNKOWN [sic] WESTMINSTER POLICE OFFICER,

      Defendants.

---

## ORDER OF DISMISSAL

---

      Plaintiff Dean Carbajal currently resides in Denver, Colorado.  Mr. Carbajal,

acting *pro se*, initiated this action by filing a Complaint and a Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915.  On November 13, 2009, Magistrate

Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and

instructed Mr. Carbajal to cure certain deficiencies if he wished to pursue his claims.

Specifically, Magistrate Judge Boland ordered Mr. Carbajal to submit his claims on a

Court-approved Complaint form and to submit a § 1915 Motion and Affidavit that either

is notarized or is sworn to under 28 U.S.C. § 1746.  Magistrate Judge Boland also

instructed Mr. Carbajal that his Complaint must comply with Fed. R. Civ. P. 8.  Mr.

Carbajal was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Carbajal now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 6th day of ___January___, 2010.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02663-BNB

Dean Carbajal
P.O. Box 46075
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to the
above-named individuals on_____1/7/10____

                                    GREGORY C. LANGHAM, CLERK

                              By:_____
                                       Deputy Clerk